# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Raymond Oscar Hudson, | ) | CASE NO. 12-64604-JRS |
| Yadirah Caridad Hudson, | ) | |
| | ) | |
| Debtors. | ) | |

## CONFIRMATION NOTICE

COME NOW Debtors, through undersigned counsel, and file this "Confirmation Notice" It is our belief that all objections to confirmation have been cured and the plan is ready to be confirmed.

Respectfully submitted by:

William R. Tate /s/
William R. Tate
Attorney for the Debtors
GA Bar No. 940582
Robert J. Semrad & Associates
101 Marietta Street
Suite 3600
Atlanta, GA 30303
(678) 668-7160

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Raymond Oscar Hudson, | ) | CASE NO. 12-64604-JRS |
| Yadirah Caridad Hudson, | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF DELIVERY**

COME NOW Debtors, through undersigned counsel, and file this "Notice of Delivery," stating that, upon information and belief, all documentation required in order to have this case confirmed has been delivered to the office of the Standing Chapter 13 Trustee, Adam M. Goodman.

                                        Respectfully submitted by:

                                        <u>William R. Tate /s/</u>
                                        William R. Tate
                                        Attorney for the Debtors
                                        GA Bar No. 940582
                                        Robert J. Semrad & Associates
                                        101 Marietta Street
                                        Suite 3600
                                        Atlanta, GA 30303
                                        (678) 668-7160