**IT IS ORDERED as set forth below:**



**Date: December 28, 2012**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Raymond Oscar Hudson and, | ) | CHAPTER 13 |
| Yadirah Caridad Hudson | ) | |
|     Debtors. | ) | CASE NO. 12-64604-JRS |
| ____ ____ ____ ____ ____ ____ ____ ____ ____ | ) ____ ____ ____ ____ ____ ____ ____ | |
| | ) | |
| Raymond Oscar Hudson and | ) | |
| Yadirah Caridad Hudson | ) | |
|     Movant, | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| Navy Federal Credit Union | ) | |
| | ) | |
|     Respondent. | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF CLAIM**

The above matter came before the Court on December 6, 2012 on Debtors' Motion to Determine Secured Status (the "Motion") Docket No.26. Debtors seek a determination that the second priority lien held by Navy Federal Credit Union on Debtors' interest in their residence (the "Lien") located at 4276 Glenhaven Drive, Decatur, GA 30035 (the "Property") is completely unsecured because, based upon the Property's value and the amount of the first priority mortgage, there is no equity in the Property to which the Lien can attach. No party filed

a response or otherwise appeared in opposition to Debtors' Motion. Based upon all matters of record, it is hereby

**ORDERED** that Debtors' Motion is granted as provided herein; it is

**FURTHER ORDERED** that, for purposes of the Debtors' Chapter 13 case, the claim of Navy Federal Credit Union, shall be treated as a general non-priority unsecured claim; and it is

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtors' Chapter 13 case, the Lien of Navy Federal Credit Union evidenced by a security deed recorded in the Superior Court of DeKalb County at Deed Book 17524, Page 504, shall be avoided without further order pursuant to 11 U.S.C. section 506(d); provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondent's Lien prior to entry of a discharge under 11 U.S.C. section 1328(a). In the event the Debtors' case is dismissed or converted to chapter 7, the Lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. sections 349(b)(1)(C) or 348(f)(1)(B) as applicable.

**END OF DOCUMENT**

PREPARED BY:

<u>William R. Tate /s/</u>
William R. Tate
GA Bar No. 940582
Robert J. Semrad & Associates
Suite 3600
101 Marietta Street, NW
Atlanta, GA 30303


NO OPPOSITION:

<u>Mandy K. Campbell  /s/</u>
Attorney for Adam M. Goodman
Chapter 13 Trustee
Ga. Bar No.142676
260 Peachtree Street
Suite 200
Atlanta, GA 30303

## DISTRIBUTION LIST

**Robert J. Semrad & Associates**
Suite 3600
101 Marietta Street, NW
Atlanta, GA 30303

**Adam Goodman, Trustee**
Suite 200
260 Peachtree Street, N.W.
Atlanta, GA 30303

*Debtor*

**Raymond Oscar Hudson**
**Yadirah Caridad Hudson**
4276 Glenhaven Drive
Decatur, GA 30035

*Respondent*

**Raymond Oscar Hudson**
**Yadirah Caridad Hudson**
4276 Glenhaven Drive
Decatur, GA 30035

**Navy Federal Credit Union**
P.O Box 23800
Merrifield, VA 22119

**Navy Federal Credit Union**
P.O Box 3700
Merrifield, VA 22119

**Navy Federal Credit Union**
c/o Mccurdy & Candler, LLC
Attention: Sidney Gelernter
Six Piedmont Center, Suite 700
3525 Piedmont Road, NE
Atlanta, GA 30305

**Mark R. Machen**
Registered Agent for: Navy Federal Credit Union
1007 Electric Avenue
Suite 100
Vienna, VA 22180

**Navy Federal Credit Union**
Attention: Carolyn McInerney, Treasurer
820 Follin Lane

Vienna, VA 22180

**Navy Federal Credit Union**
Attention: Juliana Avel, Secretary
820 Follin Lane
Vienna, VA 22180

**Navy Federal Credit Union**
Attention: George Eichert, Chairman
820 Follin Lane
Vienna, VA 22180