**IT IS ORDERED as set forth below:**



**Date: September 8, 2014**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| ) | CASE NO. 12-64604-JRS |
| RAYMOND OSCAR HUDSON ) | |
| YADIRAH CARIDAD HUDSON, ) | |
| ) | |
| DEBTORS. ) | |

**ORDER DISMISSING CHAPTER 13 CASE**

Hearing on Trustee's Motion to Dismiss Case or Modify Plan came before the Court September 4, 2014, at 2:00 PM.

Debtors have failed to turnover remaining tax refund of $59.00 due from tax year 2011, $1,597.00 for tax year 2012, $69.00 remaining for tax year 2013 and failed to modify the Plan; accordingly, it is hereby

**ORDERED** that the Debtors' Chapter 13 is **DISMISSED** for Debtors failure to comply with the applicable provisions of 11 U.S.C. Section 1307(c).

The Clerk of Court is directed to serve notice of this Order on all creditors, parties in interest, Debtors and Debtors' attorney.

[**END OF DOCUMENT**]

Presented by:

/S/_____
Jason L. Rogers, Attorney
for the Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL:  678-510-1444
FAX:  678-510-1450